PEOPLE *v* FARR. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 February 2, 1972, at Detroit. (Docket No. 10834.) Decided March 30, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Michael R. Mueller,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. A jury convicted defendant of unarmed robbery, MCLA 750.530; MSA 28.798. He was sentenced and he appeals.

After reviewing the record and briefs and hearing oral argument, we find no prejudicial error.

Affirmed.


PEOPLE *v* MALLORY. Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 February 8, 1972, at Grand Rapids. (Docket No. 10868.) Decided March 30, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Armand D. Bove,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant was convicted of unlawful possession of burglar tools, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.